# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BESHT REALTY, LLC, | ) | CASE NO. 1:21-cv—746 |
| | ) | |
| Plaintiff, | ) | JUDGE DANIEL POLSTER |
| | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| vs. | ) | Fed.Civ.R.41(a)(1)(A)(ii) |
| | ) | |
| VOYAGER INDEMNITY INSURANCE | ) | |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Now comes all Plaintiffs and Defendant Voyager Indemnity Insurance Company, pursuant to Fed.Civ.R. 41(a)(1)(B)(ii), and hereby stipulate that all claims between all Plaintiffs and Defendant Voyager Indemnity Company have been resolved, and that all Plaintiffs and Defendant Voyager Indemnity Company stipulate that all claims in this matter between all Plaintiffs and Defendant Voyager Indemnity Insurance Company are dismissed with prejudice.

Costs to Defendant Voyage Indemnity Company.

Respectfully submitted,

*s/Michael J. O'Shea*
LIPSON O'SHEA LEGAL GROUP
Michael J. O'Shea, Esq. (0039330)
michael@lipsonoshea.com
The Hoyt Block Building
700 West St. Clair Avenue - Suite 110
Cleveland, Ohio   44113
(216) 241-0011
(440) 331-5401 - fax
**Attorney for all Plaintiffs**

1

        ***/s/ Peter J. Georgiton, Esq.***
        Peter J. Georgiton, Esq.
        peter.georgiton@dinsmore.com
        Dinsmore & Shohl - Columbus
        Ste. 300
        191 West Nationwide Blvd.
        Columbus, OH 43215
        Fax: 614-628-6890
        **Attorney for Defendant**
        **Voyager Indemnity Insurance**
        **Company**

## **PROOF OF SERVICE**

I hereby certify that a true copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic record. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic system.

        ***S/Michael J. O'Shea***
        Michael J. O'Shea